**LA PORTE MGMT**

v.

**NOWAK**

20160970

Supreme Court of Utah.

02-07-2017

20160730

Petition for Writ of Certiorari Denied.

**WING**

v.

**STILL STANDING**

20161053

Supreme Court of Utah.

02-22-2017

20130768

387 P.3d 605

Petition for Writ of Certiorari Denied.

**WING**

v.

**CODE**

20161054

Supreme Court of Utah.

02-22-2017

20130854

387 P.3d 601

Petition for Writ of Certiorari Denied.

**ELITE LEGACY CORP**

v.

**SCHVANEVELDT**

20161057

Supreme Court of Utah.

02-22-2017

20130746

Petition for Writ of Certiorari Denied.